# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00028-CR

**Nakia DeShawn Lewis, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY, NO. A110418SB, THE HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING

### O R D E R   F O R   C L E R K   T O   P R O V I D E A P P E L L A T E   R E C O R D   T O   A P P E L L A N T

**PER CURIAM**

Appellant Nakia DeShawn Lewis appeals the judgment adjudicating her guilty of engaging in organized criminal activity. *See* Tex. Penal Code § 71.02(a)(5). Appellant's court-appointed counsel has filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel has certified to the Court that he provided copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and supplied appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Appellant has timely filed the motion requesting access to the appellate record with this Court.

Appellant's pro se motion is granted. **We hereby direct the clerk of the trial court** to provide a copy of the reporter's record and clerk's record to appellant, and to provide written verification to this Court of the date and manner in which the appellate record was provided **on or before May 4, 2015**. *See id.* at 321.

It is ordered on this the 23rd day of April, 2015.

Before Chief Justice Rose, Justice Goodwin and Justice Field

Do Not Publish